UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED KING<br><br>        Plaintiff,<br><br>    v.<br><br>P. MEDINA, et al.,<br><br>        Defendants. | 1:15-cv-01515-BAM (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

    Plaintiff Alfred King ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on September 30, 2015, in the Sacramento Division of the Eastern District of California. (ECF No. 1). The matter was transferred to the Fresno Division of the Eastern District of California on October 6, 2015. (ECF No. 4).

    According to his complaint and attached exhibits, Plaintiff alleges violations by correctional officers at California State Prison-Solano. (ECF No. 1, pp. 7-10, 11-13, 15-19). The events took place in Solano County, which is part of the Sacramento Division of the Eastern District of California. Under Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred back to the Sacramento Division.

///

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

>    United States District Court
>    Eastern District of California
>    501 "I" Street, Suite 4-200
>    Sacramento, CA 95814

IT IS SO ORDERED.

Dated:  **November 14, 2016**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

2